# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kove IO, Inc.

                Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:23−cv−04244
　　　　　　　　　　　　　　　　　　　Honorable Mary M. Rowland

Google LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 16, 2024:

       MINUTE entry before the Honorable Mary M. Rowland: Hearing held on Defendant's motion to continue stay [68]. For the reasons stated on the record, Defendant's motion is granted. Enter Order. Parties should file a joint status report by 1/10/25. Defendant's motion to dismiss [40] is denied without prejudice. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.